280 F.2d 422
 John L. LEWIS, Henry G. Schmidt and Josephine Roche, as
Trustees of the United Mine Workers of America
Welfare and Retirement Fund,
v.
Edward J. TOTH, individually and trading as Toth
Construction Company, Appellant.
 No. 13153.
 United States Court of Appeals Third Circuit.
 Argued June 7, 1960.
Decided July 28, 1960.
 
 Kim Darragh, Pittsburgh, Pa., for appellant.
 Charles L. Widman, Washington, D.C., (Val J. Mitch, Washington, D.C., Alexander Unkovic, Kountz, Fry & Meyer, Pittsburgh, Pa., on the brief), for appellees.
 Before BIGGS, Chief Judge, and HASTIE and FORMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 We have examined the record in this appeal and have considered carefully the arguments of counsel. We can perceive no error and consequently the judgment appealed from will be affirmed.